Vijay J. Patel
Attorney at Law: 285585
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

**JS-6**

Attorneys for Plaintiff
Terri Hardison

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TERRI HARDISON,<br><br>        Plaintiff,<br><br> vs.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: CV12-08286-JPR<br><br>ORDER OF DISMISSAL |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses. IT IS SO ORDERED.

DATE:  May 14, 2013

_____
HONORABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE